UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAYMOND GEORGE and
CREOLA GEORGE,

    Plaintiffs,

v.                                     Civil Case No. 13-14465
                                      Honorable Patrick J. Duggan

LEO RHODES, DARRYL CHAPPELL,
MAURICE DICKSON, PAULA
GANBRILLAY, TERRENCE SIMS,
KEVIN PAYTON, ELLA BULLY,
DAVID J. ALLEN, DAVID A. MCGREEDY,
THOMAS J. TRZEINSKI, JOHN T. MARUNICK,
KYM WORTHY, CRAIG R. FREEMAN &
ESTATE & HEIRS, LNU, and LNU WARDENS,

    Defendants.
_____/

## **ORDER SUMMARILY DISMISSING ACTION WITHOUT PREJUDICE**

On October 24, 2013, Plaintiffs filed this *pro se* action against numerous defendants and moved to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. The Court issued an Opinion and Order on October 31, 2013, summarily dismissing David J. Allen and "Craig R. Freeman & Estate & Heirs" as defendants and ordering Plaintiffs to file an amended complaint within twenty-one days that complies with Federal Rule of Civil Procedure 8. (ECF No. 3.) The Court further indicated that, to the extent she intended to be a plaintiff to this action, Creola

George needed to sign the amended complaint and submit an affidavit in support of the application to proceed *in forma pauperis*. On November 22, 2013, this Court received the same complaint previously filed by Plaintiffs with two changes: (1) Creola George no longer is named as a plaintiff; and (2) "Craig R. Freeman & Estate & Heirs" no longer is among the list of defendants on page 6. (ECF No. 4.)

By filing the almost identical complaint as before, Plaintiff Raymond George ("Plaintiff") has not corrected the deficiencies set forth in the Court's October 31, 2013 Opinion and Order. As such, the pleading still fails to satisfy Rule 8. The Court warned Plaintiff in its prior decision that the failure to file an amended complaint in compliance with Rule 8 would result in the dismissal without prejudice of this action.

Accordingly,

**IT IS ORDERED**, that this action is **DISMISSED WITHOUT PREJUDICE**.

Date: December 4, 2013          s/PATRICK J. DUGGAN
                                UNITED STATES DISTRICT JUDGE

Copy to:
Raymond George
14525 Lauder
Detroit, MI 48227